```
             IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF ILLINOIS

RUSSELL SPARGER and           )
JUDITH SPARGER,               )
                              )
     Plaintiffs,              )
                              )
vs.                           )   No. 3:10CV00118-JPG-PMF
                              )
WASHINGTON UNIVERSITY and     )
BARNES JEWISH HOSPITAL,       )
                              )
     Defendants.              )
```

### SUGGESTION OF DEATH

Comes now the Plaintiff, JUDITH SPARGER, by and through her attorneys, COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN, LTD., and JOSEPH A. BARTHOLOMEW, and suggests to the Court the death of RUSSELL SPARGER, on February 11, 2010.

>                           s/Joseph A. Bartholomew
>                           JOSEPH A. BARTHOLOMEW
>                           Attorney for Plaintiff
>                           IL BAR #6187925
>                           FED# 6519

COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, Illinois  62220
(618) 235-3500

```
          IN THE UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF ILLINOIS
```

RUSSELL SPARGER and            )
JUDITH SPARGER,                )
                               )
    Plaintiffs,               )
                               )
vs.                            )   No. 3:10CV00118-JPG-PMF
                               )
WASHINGTON UNIVERSITY and      )
BARNES JEWISH HOSPITAL,        )
                               )
    Defendants.               )

## CERTIFICATE OF SERVICE

    THE UNDERSIGNED certifies that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system with a copy electronically mailed to Mr. Brian R. Plegge on February 23, 2010.

                                   Respectfully submitted,

                                   s/Joseph A. Bartholomew
                                   COOK, YSURSA, BARTHOLOMEW,
                                   BRAUER & SHEVLIN, LTD.

COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, Illinois  62220
(618) 235-3500