# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RUSSELL SPARGER and** </br> **JUDITH SPARGER,** </br> </br> Plaintiffs, </br> </br> vs. </br> </br> **WASHINGTON UNIVERSITY and** </br> **BARNES JEWISH HOSPITAL,** </br> </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) No. 3:10-cv-118-JPG-PMF </br> ) </br> ) </br> ) </br> ) </br> ) |

## JUDGMENT

This matter having come before the Court, the Court having rendered a decision as to some matters and the plaintiff having voluntarily dismissed others,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Judith Sparger's claims in this case are dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Russell Sparger's claims in this case are dismissed with prejudice.

**DATED:** May 28, 2010                    NANCY J. ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**