UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RUSSELL and JUDITH SPARGER, | |
| Plaintiffs, | |
| v. | Civil Case No. 10-cv-118-JPG |
| WASHINGTON UNIVERSITY and BARNES JEWISH HOSPITAL, | |
| Defendants. | |

**AMENDED JUDGMENT**

This matter having come before the Court, the Court having rendered a decision as to some matters, and the parties having agreed to the disposition of others,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs Russell and Judith Sparger's claims in this case are dismissed without prejudice.

**DATED: June  3, 2010**

**NANCY J. ROSENSTENGEL, Clerk of Court**

By:s/Deborah Agans, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
  **J. PHIL GILBERT**
  **DISTRICT JUDGE**